UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| QUAC ANH PHO, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, SAMUEL OLSON, and BRIAN ENGLISH, <br><br> Respondents. | CAUSE NO. 3:25-CV-977-CCB-SJF |

### ORDER TO SHOW CAUSE

Quac Anh Pho, an immigration detainee, by counsel, filed a petition under 28 U.S.C. § 2241, alleging he is unlawfully confined in violation of the laws or Constitution of the United States. Pho alleges he is a native and citizen of Vietnam who initially entered the United States on August 7, 1997, as a refugee. He became a permanent resident of the United States on February 5, 2003, but the next year he was ordered removed by an immigration judge on October 28, 2004. Pho alleges that he was detained following the removal order, but was released around April 2005 because he had been detained for more than 180 days without being removed. Pho was placed on an order of supervision, which required him to check in annually. He has been checking in with ICE for almost twenty years with no compliance issues.

On October 17, 2025, Pho was arrested at his annual check-in at the Immigration and Customs Enforcement (ICE) Field Office in Dallas, Texas. After his detention, he was transferred to the Miami Correctional Facility in Indiana, where he is now. Pho

alleges he has received no information about the circumstances of his removal to Vietnam, nor has a third country for removal been identified. He has not been given any reason for the revocation of supervised release after he had been complying with his supervision since 2004. Pho attempted to obtain travel documents from the government of Vietnam in 2020, but he got no response. He alleges his removal does not seem likely in the reasonably foreseeable future, and so his current detention is in violation of his due process rights and is unlawful under *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001).

The court has subject matter jurisdiction under 28 U.S.C. § 2241 to review the legality of petitioner's detention, but that jurisdiction does not extend to reviewing orders of removal issued by an immigration court or discretionary decisions of the Attorney General. *See Demore v. Kim*, 538 U.S. 510, 517 (2003); *Zadvydas v. Davis*, 533 U.S. 678, 687 (2001). Here, review is limited to the issue whether Pho's current detention is unlawful.

For these reasons, the court:

(1) **DIRECTS** the clerk to serve a copy of this order and the petition (ECF 1) by certified mail, return receipt requested, to (a) the Civil-Process Clerk for the United States Attorney for the Northern District of Indiana; (b) the Attorney General of the United States; (c) the Director of the Chicago ICE Field Office at the Office of the Principal Legal Advisor; (d) the Secretary of Homeland Security at the Office of the General Counsel and (e) the Warden of Miami Correctional Facility at the Indiana Department of Correction;

(2) **DIRECTS** the clerk to email a copy of this order and the petition (ECF 1) to (a) the Indiana Department of Correction; (b) the Warden of Miami Correctional Facility at Miami Correctional Facility, and (c) the United States Attorney for the Northern District of Indiana;

(3) **ORDERS** the people listed in the previous order line to acknowledge receipt of the petition to the clerk and DIRECTS the clerk to make a notation on the docket upon receiving confirmation of receipt of those deliveries;

(4) **ORDERS** Respondent to file a brief status report by **December 1, 2025**, detailing (a) whether Quac Anh Pho was located in the Northern District of Indiana at the time this case was filed; (b) Quac Anh Pho's current location and proper Respondent based on that location; and (c) whether there are plans to remove Quac Anh Pho from the United States in the next twenty-one days and, if so, to where; and

(5) **ORDERS** Respondents to file a response to the petition by **December 5, 2025**, with the reply due **December 12, 2025**.

SO ORDERED on November 26, 2025.

*/s/Cristal C. Brisco*
CRISTAL C. BRISCO, JUDGE
UNITED STATES DISTRICT COURT