UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| QUOC ANH PHO, <br><br> Petitioner, <br><br> v. <br><br> KRISTI NOEM, SAMUEL OLSON, and BRIAN ENGLISH, <br><br> Respondents. | CAUSE NO. 3:25-CV-977-CCB-SJF |

ORDER

The petition for a writ of habeas corpus under 28 U.S.C. § 2241 was granted to the extent that respondents were ordered to release Quoc Anh Pho from custody on the same conditions of supervised release that existed before his re-detention. ECF 14. The petitioner has since been released. ECF 16. The court, therefore, DIRECTS the clerk to enter judgment and to close this case.

SO ORDERED on 12/31/2025

s/ Cristal C. Brisco
JUDGE
UNITED STATES DISTRICT COURT